**From:** **Matt Parmet** matt@parmet.law
**Subject:** Re: FOIA 2021-F-03454 Acknowledgement and Record Options
**Date:** January 8, 2021 at 2:13 PM
**To:** Grossman, David M - WHD  Grossman.David@dol.gov
**Cc:** ▊▊▊▊▊▊▊▊▊▊▊▊▊▊, ▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Mr. Grossman—You can proceed with option 1.

Thank you,

**Matthew S. Parmet**
Attorney at Law*

**Parmet PC**
phone 713 999 5228
matt@parmet.law

*Admitted to practice law in TX, LA, CO, and CA.

> On Jan 8, 2021, at 2:02 PM, Grossman, David M - WHD <Grossman.David@dol.gov> wrote:
>
> January 8, 2021
>
> Matthew S. Parmet
> Parmet PC
> 3 Riverway, Suite 1910
> Houston, TX 77056
>
> Sent via email to matt@parmet.law
>
> RE: Freedom of Information Act – Acknowledgement and Record Options
>     Tracking Number 2021-F-03454
>
> Dear Mr. Parmet:
>
> My name is David Grossman and I have been assigned to process your FOIA request, dated January 6, 2020.  You requested Case ID: 1753293.  Specifically, you requested the full investigative file; witness statements; investigative findings; investigative results and recovery; and any other documents and information available under the FOIA.
>
> As you may know, the federal government nationwide remains open to perform mission critical functions and operations.  Many of our staff members are working remotely consistent with guidance from the Office of Personnel Management for maximum telework flexibilities, due the COVID-19 outbreak. WHD is continuing to process FOIA requests during this time. However; WHD receives a large volume of requests and is experiencing a significant backlog. The current backlog has created an exceptional circumstance and we may be unable to process your request within the statutory time frame.  Unfortunately, I am not able to provide you an estimate as to when this request will be completed.
>
> Investigative case files are maintained in both electronic and paper form. Unfortunately; at this time, we are unable to access records that are in paper form because they are maintained in an unattended office or held by the Federal Records Center, which is

Ex. 2

currently closed. We will continue to process requests for any records maintained in an electronic format.

With regard to the records that are responsive to your request and inaccessible at this time because they are maintained in paper format, we offer you the following options:

1. You may wish to narrow the scope of your request to include only those records that are readily available to this office because they are maintained in an electronic format and can be processed on a faster track. Records maintained in an electronic format consist of the Compliance Action Report (CAR) and the case narrative. The CAR provides a summary of the violations and monetary penalties (if applicable). The case narrative is a detailed description of each step of the investigative process, any negotiations and discussions with the employer and/or their authorized representative, as well as findings and conclusions. **(Recommended Option)**

2. You may wish to continue to pursue access to all records deemed responsive to your request, regardless of format, and agree to the delayed processing of the request. This means that all or portions of your request will be held in abeyance until the records become accessible for processing (e.g., the NARA Federal Records Centers reopen, or the office location where the responsive records are located returns to regular work status); or

3. You can choose to withdraw your request in its entirety with the understanding that you can submit a new request at a later date.

Please respond to this email no later than February 8, 2021.  If we do not receive a response, your FOIA request will be considered withdrawn.

**You have been placed in the Commercial category for possible payment of fees. Pursuant to the Department's regulations at 29 CFR § 70.40(d)(4), charges assessed for requesters in the Commercial category may be for search, review and reproduction costs.  There is a fee of 15 cents per page.  There is a charge of $5 per quarter hour for clerical search time, and $10 per quarter hour for professional search and/or review time.**

Please let me know if you have any questions or concerns regarding this matter by contacting me at (612) 344-0259 or emailing me at Grossman.David@dol.gov.  I look forward to working with you on this FOIA request.

Sincerely,

David Grossman
Government Information Specialist
Work/Fax: 612-344-0259
U.S. Department of Labor-Wage & Hour Division

****WARNING****
The attached information may be confidential. It is intended only for the addressee(s) identified above.  If you are not the addressee(s), or an employee or agent of the

identified above. If you are not the addressee(s), or an employee or agent of the addressee(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy and/or permanently delete the information and notify the sender of the error.