

MATTHEW S. PARMET
Attorney at Law
Licensed in TX, LA, CO, and CA
matt@parmet.law

January 6, 2021

U. S. Department of Labor
Wage and Hour Division
Attn: WHD FOIA Coordinator
Room S3013F
200 Constitution Avenue, N.W.
Washington, D.C. 20210-0002
**via email        foiarequest@dol.gov**

| Re: | Case ID | : | 1753293 |
|---|---|---|---|
| | Agency | : | WHD |
| | Trade Name | : | Total Trucking, Inc. |
| | Legal Name | : | Total Trucking, Inc. |
| | Address | : | 2410 SW 15th St. |
| | City, State, Zip | : | Oklahoma City, OK 73108 |
| | Findings Start Date | : | 05-Aug-2013 |
| | Findings End Date | : | 05-Jun-2015 |
| | NAICS | : | 484110 |

### FREEDOM OF INFORMATION ACT REQUEST

Dear FOIA Coordinator:

Please accept this letter as a request for records related to the cases above under the United States Freedom of Information Act (FOIA), and any other applicable statute providing for public access to government information.

**For each case, this request seeks the following documents and information maintained by the DOL's Wage and Hour Division to the full extent of their availability under the FOIA: full investigative file; witness statements; investigative findings; investigative results and recovery; and any other documents and information available under the FOIA.**

The records are sought for the purposes of ongoing legal proceedings. For the purpose of determining fees owed, this request would therefore fall under the FOIA's categories for either a "commercial use" requestor or an "other" requestor. We will make arrangements to pay any reasonable charges for copying, postage fees, and fees for labor. If payment is required, please forward an invoice by reply email, so that we can forward payment.

If electronic records are available, they may be emailed to team@parmet.law. If electronic records are not available, hard copies may be delivered to: PARMET PC, 3 Riverway, Ste. 1910, Houston, TX 77056.

If you have any questions or if I can be of any further assistance, please do not hesitate to contact me at 713 999 5228. Thank you for your courtesy and cooperation.

**Ex. 3**

Yours very truly,

*/s/ Matthew S. Parmet*

_____

Matthew S. Parmet

/msp