UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ISAACS *et al.* <br><br> v. <br><br> TOTAL AGGREGATE, LLC *et al.* | Case No. 5:21-cv-00945-J <br> FLSA Collective Action <br><br> Judge Bernard M. Jones |

- and -

| | |
|---|---|
| JEFF McMAHAN, individually and on behalf of all others similarly situated, <br><br> v. <br><br> TOTAL TRUCKING, INC. | Case No. 5:22-cv-00243-J <br> FLSA Collective Action <br><br> Judge Bernard M. Jones |

## JOINT NOTICE OF SETTLEMENT

The parties have reached a settlement in these matters, which they are in the process of finalizing. They therefore request the Court set a deadline of 30 days for the parties to finalize the settlement and submit closing papers to the Court.

Respectfully submitted,

*/s/ Matthew S. Parmet*
By: _____
    **Matthew S. Parmet**
    TX Bar # 24069719
    **Sammy O. Homsi**
    TX Bar # 24132245
**PARMET PC**
2 Greenway, Ste. Ste. 250
Houston, TX 77046
phone 713 999 5228
matt@parmet.law
sammy@parmet.law

**Attorneys for Plaintiffs**

*/s/ Marcus Mears*
By: _____
    **Marcus Mears**
    OBA #16430
**CUNNINGHAM & MEARS, P.C.**
5104 N. Francis, Suite 102
Oklahoma City, OK 73118
Tel. (405) 232-1212
Fax. (405) 232-1675
marcus@cminjurylaw.com

**Attorneys for Defendants**